**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 16-7095**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

JULIEN K. DILKS, a/k/a Julien K. Modica, a/k/a Julian Modica,

        Defendant - Appellant.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Glen E. Conrad, Chief District Judge.  (7:93-cr-00091-GEC-RSB-1; 7:16-cv-81163-GEC-RSB)

Submitted:  November 17, 2016     Decided:  November 22, 2016

Before GREGORY, Chief Judge, and MOTZ and TRAXLER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Julien K. Modica, Appellant Pro Se.  Jean Barrett Hudson, Assistant United States Attorney, Charlottesville, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Julien K. Dilks appeals the district court's order construing his 28 U.S.C. § 2255 (2012) motion as a petition for a writ of error coram nobis and dismissing the petition based upon a previously issued prefiling injunction. We have reviewed the record and find no reversible error. Accordingly, we deny leave to proceed in forma pauperis and dismiss for the reasons stated by the district court. United States v. Dilks, Nos. 7:93-cr-00091-GEC-RSB-1; 7:16-cv-81163-GEC-RSB (W.D. Va. Aug. 1, 2016). We also deny Dilks' motions to make a district court transcript available to this court, to unseal a psychiatric report, to amend/correct his informal brief, and to accelerate case processing. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED